964

No. 749. KELLER *v.* WISCONSIN EX REL. STATE BAR OF WISCONSIN. Supreme Court of Wisconsin. Certiorari denied. *Frank M. Coyne* for petitioner. *George Thompson,* Attorney General of Wisconsin, and *Warren H. Resh,* Assistant Attorney General, for respondent. *Solicitor General Cox* and *Robert W. Ginnane* filed a memorandum for the United States.

No. 983. CHICAGO NORTH SHORE & MILWAUKEE RAILWAY CO. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Elden McFarland* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph Kovner* for the United States.

No. 1017. ROSE COURTS, INC., *v.* HASTINGS ET UX. Supreme Court of Arkansas. Certiorari denied. *Henry E. Spitzberg* for petitioner. *W. H. Jewell* for respondents.

No. 1019. WEBSTER ET AL. *v.* MIDLAND ELECTRIC COAL CORP. ET AL. Appellate Court of Illinois, Second District. Certiorari denied. *Sidney Z. Karasik* for petitioners. *Hamilton K. Beebe* for Midland Electric Coal Corp. et al., and *William J. Voelker, Jr., Edmund Burke* and *Willard P. Owens* for International Union, United Mine Workers of America, et al., respondents.

No. 1020. EISENBERG ET UX. *v.* GOLDSTEIN ET AL. Supreme Court of Illinois. Certiorari denied. *Irving Eisenberg, pro se,* for petitioners. *Ben H. Kessler* for respondents.